# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| JOE DUKLER | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:15-cv-00015 |
| | ) ) ) ) | |
| COMENITY BANK | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Comentity Bank
Registered Agent:
World Financial Network Bank
One Righter Parkway
Wilmington, DE 19803

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Michael S. Agruss
4619 N Ravenswood Ave.
Suite 303A
Chicago, IL 60640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/07/2015 _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:15-CV-00015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* COMENITY BANK
was received by me on *(date)* 1/13/15

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MASHIYA WILLIAMS (process agent), who is designated by law to accept service of process on behalf of *(name of organization)* COMENITY BANK
C/O WORLD FINANCIAL NETWORK BANK (REGISTERED AGENT) ONE RIGHTER PKWY. WILMINGTON, DE 19803 on *(date)* 1/13/15

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/13/15

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD.
PO BOX 1360 WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET &
CORPORATE DISCLOSURE STATEMENT